FILED'08 AUG 11 14:13 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Susan C. Miller,                         Civil No. 08-0071-CL

     Plaintiff,                           ORDER

v.

Commissioner, Social Security Administration,

     Defendant.

CLARKE, Magistrate Judge:

Plaintiff has filed a motion to voluntarily dismiss counts of the complaint relating to FOIA, counts 2 and 3 (#14). The parties have executed written consents to entry of judgment by a magistrate judge (#6). 28 U.S.C. § 636(c).

## I. DISCUSSION

Federal Rules of Civil Procedure provides in pertinent part that, subject to certain limitations, an action may be dismissed without order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, after a defendant has filed an answer or motion for summary judgment, an action may be dismissed voluntarily at plaintiff's request only by order of the court and "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). In the Ninth Circuit, "Although costs and attorney fees are often

imposed upon a plaintiff who is granted a voluntary dismissal under Fed.R.Civ.P. 41(a)(2), no circuit court has held that payment of the defendant's costs and attorney fees is a prerequisite to an order granting voluntary dismissal." Stevedoring Servs. of Am. v. Armilla Int'l B.V., 889 F.2d 919, 921 (9th Cir. 1989) (and cases cited). Here, plaintiff requests that dismissal be without prejudice and without costs to either party.

The court finds that, in the circumstances, this action should be dismissed as to plaintiff's counts 2 and 3, without prejudice and without costs imposed on either party.

## II. ORDER

For the foregoing reasons, plaintiff's motion to dismiss counts of the complaint relating to FOIA, counts 2 and 3 (#14), is granted, without prejudice and without costs to either party.

DATED this _11_ day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE