FILED'08 NOV 12 17:11 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF OREGON

| | |
|---|---|
| SUSAN C. MILLER, | Civil No. 1:08-CV-071-CL |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on _____, 2008.

DATED this 12 day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1     JUDGMENT - [1:08-CV-071-CL]