FILED'08 DEC 01 15:30USDC-ORM

H. PETER EVANS
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 01253

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Susan Miller

    **Plaintiff,**

vs.

    Civil No. 08-cv-0071-CL

Commissioner of Social Security

    **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $3.81, costs in the amount of $8.30, and attorney's fees in the amount of $3,947.31, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney.

Done this 1 day of _____, 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**